AYERS v. BROWN

No. 145 PC.

Case below: 25 N.C. App. 678.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.

IN RE GREER

No. 187 PC.

Case below: 26 N.C. App. 106.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 July 1975.

MUNCHAK CORP. v. CALDWELL

No. 147 PC.

Case below: 25 N.C. App. 652.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.

MYERS v. HOLSHOUSER

No. 153 PC.

Case below: 25 N.C. App. 683.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.

PRUNEAU v. SANDERS

No. 141 PC.

Case below: 25 N.C. App. 510.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.